A Future Inspired by Our Legacy

**Timothy W. Hoover**
Partner
Direct Dial: 716.848.1271
Direct Facsimile: 716.961.9964
*thoover@hodgsonruss.com*

February 27, 2017

**Via CM-ECF**

Hon. Hugh B. Scott
United States Magistrate Judge
Western District of New York
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York  14202

Re:  *United States v. Rodriguez, et al.*, No. 16-CR-41-FPG-HBS (W.D.N.Y.)

Dear Judge Scott:

We are counsel for Defendant Laurence Savedoff in this matter and submit this letter motion requesting that the appearance date on the government's motion regarding a potential conflict (Docket #56) be adjourned from March 9, 2017 at 10:00 a.m., to March 14, 2017 at 2 p.m..  The reason for the requested change is a conflicting appearance that I have in another matter.  The government is amenable to the changed date, and March 14, 2017 at 2 p.m. is available to all counsel and Mr. Savedoff.  Per the Court's prior scheduling order on the motion, Mr. Willstatter and Mr. Savedoff will appear by video from the United States Courthouse in White Plains.

A proposed so-ordered block follows this letter motion, for the Court's review and signature if it grants the motion.

Thank you for your consideration of this request.  Please call me at (716) 848-1271 if you have any questions.

Respectfully yours,

Timothy W. Hoover

cc:    All counsel of record *(via CM-ECF)*

Hon. Hugh B. Scott
February 27, 2017
Page 2

  A Future Inspired by Our Legacy

**BY THE COURT:**

     **The letter motion/application by Defendant Laurence Savedoff is GRANTED. The March 9, 2017 appearance is rescheduled to March 14, 2017 at 2:00 p.m. Mr. Willstatter and Mr. Savedoff will appear by video from the United States Courthouse in White Plains, New York at that time.**

     **SO ORDERED.**

_____

**Honorable Hugh B. Scott**
**UNITED STATES MAGISTRATE JUDGE**

**DATED:**     **March _____, 2017**